McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR F 03-5016 OWW |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR DESTRUCTION OF |
|  | ) FIREARM EVIDENCE |
| PEDRO ALVAREZ and | ) |
| ERNESTO GRANDADOS | ) |
| Defendants. | ) |

　　Having read and considered the government's request, and good cause having been demonstrated;

　　IT IS HEREBY ORDERED THAT the Drug Enforcement Administration destroy the following firearms seized during the above entitled investigation:

| DEA Exhibit | Description of Firearm | Serial Number |
|---|---|---|
| N-3 | Wilson Pistol | 601880 |
| N-4 | Bersa Thunder .380 pistol | 418294 |

DATED: November 14 , 2006

　　　　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　Honorable Oliver W. Wanger
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE